1  JOSEPH D. LEE (SBN 110840)
   Joseph.Lee@mto.com
2  ROBYN K. BACON (SBN 251048)
   Robyn.Bacon@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:   (213) 683-9100
   Facsimile:    (213) 687-3702
6

7  ROBERTA SAVAGE (SBN 202940)         E-filing
   roberta@robertasavagelaw.com
8  221 G Street, Suite 207
   Sacramento CA 95616
9  Telephone:   530-753-4497
   Facsimile:    530-753-4498
10
   Attorneys for Plaintiff
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA          SC

14
15 | C.H., a minor, By and Through L.H., | CASE NO.  C-08-2531-SC
   | His Guardian Ad Litem,              |
16 |                                     | [PROPOSED] APPOINTMENT OF
   |            Plaintiff,               | GUARDIAN AD LITEM
17 |                                     |
   |     vs.                             |
18 |                                     |
   | FREMONT UNIFIED SCHOOL              |
19 | DISTRICT, a public entity, and      |
   |                                     |
20 | ALAMEDA COUNTY BEHAVIORAL           |
   | HEALTH CARE SERVICES, a public      |
21 | entity                              |
   |                                     |
22 |            Defendants.              |

23

24         The Court, having considered the petition of C.H. for the appointment of a

25 Guardian Ad Litem for Petitioner, a minor, who is Plaintiff in the above-captioned action, and

26 good cause appearing therefor,

27

28

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that L.H. be appointed Guardian Ad Litem for C.H. in |
| 2 | the above-captioned action. |
| 3 | |
| 4 | DATED: ~~May~~ June 2̶7̶ 2008 |
| 5 | |

_____
JUDGE OF DISTRICT COURT

[PROPOSED] APPOINTMENT OF GUARDIAN AD LITEM