**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H., by and through L.H., his Guardian Ad Litem, | Case No. 08-2531 SC |
| Plaintiff, | |
| v. | SUA SPONTE ORDER <u>SEALING FILE</u> |
| FREMONT UNIFIED SCHOOL DISTRICT, and ALAMEDA COUNTY BEHAVIOR HEALTH CARE SERVICES, | |
| Defendants. | |
| FREMONT UNIFIED SCHOOL DISTRICT, | |
| Counterclaimant, | |
| v. | |
| C.H., by and through L.H., his Guardian Ad Litem, | |
| Counterdefendant. | |

In light of the fact that both parties have filed papers in violation of Federal Rule of Civil Procedure 5.2(a), Civil Local Rule 3-17(a)(2), and this Court's previous Order Granting Administrative Motion to Protect Plaintiff's Privacy By Proceeding Under Pseudonyms and Filing Selected Documents Under Seal, Docket

1  No. 4, the Court hereby ORDERS that the file in this case be
2  SEALED until all documents requiring it have been properly
3  redacted.  Rules 5.2(a) and 3-17(a)(2) are intended to protect the
4  privacy of minor children.  Various of the exhibits that have been
5  filed contain the full name of the minor, C.H.  See, e.g., Docket
6  No. 20, Ex. C (filed by Plaintiff); Docket No. 25, Ex. 1 (filed by
7  Defendants).  The parties are therefore ORDERED to e-file redacted
8  copies of any documents that contain the minor's name no later
9  than Monday, August 18, at 12:00 p.m.  Further violations will
10 result in monetary sanctions.

11      The hearing scheduled for this Friday, August 15, on
12 Plaintiff/Counterdefendant's Motion to Strike Improper Prayer for
13 Relief is hereby VACATED.  The matter is deemed submitted on the
14 papers and there will be no appearances and no oral argument.

17      IT IS SO ORDERED.

19      Dated: August 12, 2008

                                    _____
                                    UNITED STATES DISTRICT JUDGE

2