**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C.H., by and through L.H., his )
Guardian Ad Litem,                           )     Case No. 08-2531 SC
                                             )
          Plaintiff,                         )
                                             )     ORDER UNSEALING FILE
     v.                                      )     AND SEALING VARIOUS
                                             )     <u>DOCUMENTS</u>
FREMONT UNIFIED SCHOOL DISTRICT,   )
and ALAMEDA COUNTY BEHAVIOR HEALTH )
CARE SERVICES,                               )
                                             )
          Defendants.                        )
                                             )
_____)
                                             )
                                             )
FREMONT UNIFIED SCHOOL DISTRICT,   )
                                             )
          Counterclaimant,                   )
                                             )
     v.                                      )
                                             )
C.H., by and through L.H., his     )
Guardian Ad Litem,                           )
                                             )
          Counterdefendant.                  )
                                             )
_____)

     Both parties filed papers in violation of Federal Rule of

Civil Procedure 5.2(a), Civil Local Rule 3-17(a)(2), and this

Court's previous Order Granting Administrative Motion to Protect

Plaintiff's Privacy By Proceeding Under Pseudonyms and Filing

Selected Documents Under Seal.  Docket No. 4.  These papers

1    identified Plaintiff, a minor child, by name, rather than by

2    initials.  The Court therefore ordered that the file be sealed

3    until the documents could be properly redacted.  The parties have

4    since filed properly redacted versions of the offending documents.

5    The Court hereby ORDERS that the file be UNSEALED and only the

6    following documents be SEALED as to the public: Docket Nos. 20,

7    22, 26, and 40.

8

9

10        IT IS SO ORDERED.

11

12        Dated: August 25, 2008

13

14   _____

15        UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2