UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| C.H., by and through his Guardian Ad Litem, | ) ) ) ) | No.  C08-2531 SC (BZ) |
| Plaintiff(s), | ) ) ) | |
| v. | ) ) ) ) | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| FREMONT UNIFIED SCHOOL DISTRICT, and ALAMEDA COUNTY BEHAVIOR HEALTH CARE SERVICES, | ) ) ) ) ) ) | |
| Defendant(s). | ) ) | |
| FREMONT UNIFIED SCHOOL DISTICT, | ) ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| C.H., By and through L.H., his Guardian Ad Litem, | ) ) ) | |
| Counterdefendant. | ) ) ) | |

The above matter was referred to Magistrate Judge Bernard Zimmerman for settlement purposes.

1

1    You are hereby notified that a settlement conference is

2 scheduled for **Tuesday, October 21, 2008, at 9:00 a.m.**, in

3 Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

4 Avenue, San Francisco, California 94102.  There is currently no

5 other date available before October 31, 2008.

6    It is the responsibility of counsel to ensure that whatever

7 discovery is needed for all sides to evaluate the case for

8 settlement purposes is completed by the date of the settlement

9 conference. Counsel shall cooperate in providing discovery

10 informally and expeditiously.

11    Lead trial counsel shall appear at the Settlement

12 Conference with the parties.  Any party who is not a natural

13 person shall be represented by the person or persons **not**

14 **directly involved** in the events which gave rise to the

15 litigation but with **full** authority to negotiate a settlement.  A

16 person who needs to call another person not present before

17 accepting, rejecting or making any settlement offer does not

18 have full authority.  If a party is a governmental entity, its

19 governing body shall designate one of its members or a senior

20 executive to appear at the Settlement Conference with authority

21 to participate in the Settlement Conference and, if a tentative

22 settlement agreement is reached, to recommend the agreement to

23 the governmental entity for its approval.  An insured party

24 shall appear with a representative of the carrier with full

25 authority to negotiate up to the limits of coverage.  The Court

26 shall be notified immediately if the carrier declines to attend.

27 Personal attendance of a party representative **will not** be

28 excused by the Court.

1    Each party shall prepare a Settlement Conference Statement,
2  which must be served on opposing counsel and lodged (not faxed)
3  with my chambers by **3:00 p.m. on Friday, October 17, 2008**.  The
4  Statement shall **not** be filed with the Clerk of the Court.  The
5  Statement **may** be submitted on CD-ROM with hypertext links to
6  exhibits.  Otherwise, the portion of exhibits on which the party
7  relies **shall** be highlighted.  The Settlement Conference
8  Statement shall not exceed ten pages of text and twenty pages of
9  exhibits and shall include the following:

10    1.   A brief statement of the facts of the case.

11    2.   A brief statement of the claims and defenses
12  including, but not limited to, statutory or other grounds upon
13  which the claims are founded.

14    3.   A summary of the proceedings to date and any pending
15  motions.

16    4.   An estimate of the cost and time to be expended for
17  further discovery, pretrial and trial.

18    5.   For any party seeking relief, a description of the
19  relief sought, including an itemization of damages.

20    6.   The parties' position on settlement, including present
21  demands and offers and a history of past settlement discussions.
22  The Court's time can best be used to assist the parties in
23  completing their negotiations, not in starting them.  If
24  plaintiff seeks attorney's fees and costs, plaintiff's counsel
25  shall either include the fee claim in the demand or make a
26  separate, simultaneous demand for fees and costs.  Counsel shall
27  be prepared at the conference to provide sufficient information
28  to defendant to enable the fee claim to be evaluated for

3

1   purposes of settlement.  The parties are urged to carefully

2   evaluate their case before taking a settlement position since

3   extreme positions hinder the settlement process.

4        Along with the Statement each party shall lodge with the

5   court a document of no more than three pages containing a **candid**

6   evaluation of the parties' likelihood of prevailing on the

7   claims and defenses, and any other information that party wishes

8   not to share with opposing counsel.  The more candid the parties

9   are, the more productive the conference will be.  This document

10  shall not be served on opposing counsel.

11       It is not unusual for conferences to last three or more

12  hours.  Parties are encouraged to participate and frankly

13  discuss their case.  Statements they make during the conference

14  will not be admissible at trial in the event the case does not

15  settle.  The parties should be prepared to discuss such issues

16  as:

17       1. Their settlement objectives.

18       2. Any impediments to settlement they perceive.

19       3. Whether they have enough information to discuss

20  settlement.  If not, what additional information is needed.

21       4. The possibility of a creative resolution of the dispute.

22       The parties shall notify Magistrate Judge Zimmerman's

23  chambers immediately if this case settles prior to the date set

24  for settlement conference.  Counsel shall provide a copy of this

25  order to each party who will participate in the conference.

26  Dated: October 16, 2008

27

28  _____

                Bernard Zimmerman
          United States Magistrate Judge