| | |
|---|---|
| 1 | JOSEPH D. LEE (SBN 110840) |
|   | Joseph.Lee@mto.com |
| 2 | ROBYN K. BACON (SBN 251048) |
|   | Robyn.Bacon@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue, 35th Floor |
| 4 | Los Angeles, CA  90071-1560 |
|   | Telephone:    (213) 683-9100 |
| 5 | Facsimile:     (213) 687-3702 |
| 6 | Attorneys for Plaintiff |
|   | C.H., A MINOR |
| 7 | |
|   | ROBERTA SAVAGE (SBN 202940) |
| 8 | roberta@robertasavagelaw.com |
|   | 221 G Street, Suite 207 |
| 9 | Sacramento CA 95650 |
|   | Telephone:    530-753-4497 |
| 10 | Facsimile:    530-753-4498 |
| 11 | Attorneys for Plaintiff |
|    | C.H., A MINOR |
| 12 | |
|    | *Counsel for Defendants Listed on Next Page* |
| 13 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **C.H., by and through L.H., his Guardian Ad Litem,** | **CASE NO.  08-CV-2531-SC** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING** |
| vs. | |
| **FREMONT UNIFIED SCHOOL DISTRICT, and ALAMEDA COUNTY BEHAVIOR HEALTH CARE SERVICES,** | |
| Defendants. | |
| **FREMONT UNIFIED SCHOOL DISTRICT,** | |
| Counterclaimant, | |
| vs. | |
| **C.H., by and through L.H., his Guardian Ad Litem,** | |
| Counterdefendant. | |

- 1 -

**STIP. AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**

AMY LEVINE (SBN 160743)
alevine@mbdlaw.com
DAMARA MOORE (SBN 215678)
dmoore@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco CA 94105
Telephone:   415-543-4111
Facsimile:   415-543-4384

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

RICHARD E.  WINNIE (SBN 68048)
County Counsel
ANN HANSEN (SBN 122951)
Deputy County Counsel
County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612-4226
Telephone:   510-272-6700
Facsimile:   510-272-5020

REBECCA S. WIDEN (SBN 219207)
Haapala, Thompson & Abern LLP
1929 Harrison Street, Suite 800
Oakland, CA 94612
Telephone:   510-763-2324
Facsimile:   510-273-8570

Attorneys for Defendant
COUNTY OF ALAMEDA

1     Plaintiff C.H., a minor, by and through L.H., his Guardian Ad Litem ("Plaintiff") and

2  Defendants Fremont Unified School District ("District") and Alameda County Behavioral Health

3  Care Services ("County") (collectively "Parties") hereby stipulate and move as follows:

4     The Parties appeared before the Honorable Magistrate Bernard Zimmerman for an Early

5  Settlement Conference on October 21, 2008.

6     At the Early Settlement Conference, Plaintiff reached a settlement agreement with the

7  District resolving all outstanding claims between Plaintiff and the District.  Plaintiff also reached

8  a separate settlement agreement with the County resolving all outstanding claims between

9  Plaintiff and the County.

10    In addition, at the Early Settlement Conference, the County and the District reached an

11  agreement among themselves resolving all outstanding claims between them related to the instant

12  litigation. (Collectively, the "Settlement Agreements.")

13    The Parties' Cross-Motions for Summary Judgment are currently scheduled for hearing on

14  December 19, 2008, with the following briefing schedule:

15    • Cross-Motions for Summary Judgment are due on November 14, 2008.

16    • Oppositions are due on November 28, 2008.

17    • Replies are due on December 5, 2008.

18    Because the Parties anticipate that they will need at least one month to finalize and

19  execute the Settlement Agreements, the Parties have agreed to extend the hearing date for their

20  Cross-Motions for Summary Judgment to February 6, 2009.  Furthermore, the Parties have agreed

21  to the following briefing schedule:

22    • Cross-Motions for Summary Judgment are due on January 2, 2009.

23    • Oppositions are due on January 16, 2009.

24    • Replies are due on January 23, 2009.

25    IT IS THEREFORE STIPULATED that the current Hearing Date for the Parties' Cross-

26  Motions for Summary Judgment be CONTINUED to February 6, 2009.  It is further stipulated

27  that the following briefing schedule be ORDERED:

28

- 3 -

**STIP. AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**

- Cross-Motions for Summary Judgment Due on January 2, 2009.
- Oppositions due on January 16, 2009.
- Replies due on January 23, 2009.

DATED: October 27, 2008                MUNGER, TOLLES & OLSON LLP
                                           JOSEPH D. LEE
                                           ROBYN K. BACON


By: ___/s/ Robyn Kali Bacon_____
         ROBYN KALI BACON

Attorneys for Plaintiff

DATED: October 27, 2008                MILLER BROWN & DANNIS
                                           AMY LEVINE


By: ___/s/ Damara Moore_____
         DAMARA MOORE

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

DATED: October 27, 2008                OFFICE OF THE COUNTY COUNSEL
                                           RICHARD E. WINNIE
                                           ANN HANSEN


By: ___/s/ Ann Hansen_____
         ANN HANSEN

Attorneys for Defendant
COUNTY OF ALAMEDA

**IT IS SO ORDERED**
Judge Samuel Conti
10/29/08

- 4 -

**STIP. AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October _____, 2008

_____
United States District Judge Samuel Conti

**STIP. AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

I hereby certify that this document(s) filed through the ECF filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non-registered participants on October 28, 2008.

On October 28, 2008, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**

[x] By placing ☐ the original(s) [x] a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

[x] **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

[x] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| | |
|---|---|
| Richard Edward Winnie<br>Office of the County Counsel<br>1221 Oak Street, Suite 450<br>Oakland, CA  94612-4296<br><br>Telephone: (510) 272-6700<br>Fax: (510) 272-5020 | Attorneys for County of Alameda |

Executed on October 28, 2008, at Los Angeles, California.

_____
Carol Jette

5708547.1