1  JOSEPH D.  LEE (SBN 110840)
   Joseph.Lee@mto.com
2  ROBYN K.  BACON (SBN 251048)
   Robyn.Bacon@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
4  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
5  Facsimile:    (213) 687-3702

6  Attorneys for Plaintiff
   C.H., A MINOR
7
   ROBERTA SAVAGE (SBN 202940)
8  roberta@robertasavagelaw.com
   221 G Street, Suite 207
9  Sacramento CA 95650
   Telephone:    530-753-4497
10 Facsimile:    530-753-4498

11 Attorneys for Plaintiff
   C.H., A MINOR
12
   *Counsel for Defendants Listed on Next Page*
13

14              **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16

17 **C.H., by and through L.H., his Guardian**      **CASE NO.  08-CV-2531-SC**
   **Ad Litem,**
18                                                   **STIPULATION AND [PROPOSED]**
                  **Plaintiff,**                     **ORDER CONTINUING MOTION FOR**
19                                                   **SUMMARY JUDGMENT HEARING**
           **vs.**
20
   **FREMONT UNIFIED SCHOOL**
21 **DISTRICT, and ALAMEDA COUNTY**
   **BEHAVIOR HEALTH CARE**
22 **SERVICES,**

23              **Defendants.**

24 **FREMONT UNIFIED SCHOOL**
   **DISTRICT,**
25              **Counterclaimant,**

26         **vs.**

27 **C.H., by and through L.H., his Guardian**
   **Ad Litem,**
28              **Counterdefendant.**

                              - 1 -

1

2  AMY LEVINE (SBN 160743)
   alevine@mbdlaw.com
3  DAMARA MOORE (SBN 215678)
   dmoore@mbdlaw.com
4  MILLER BROWN & DANNIS
   71 Stevenson Street, 19th Floor
5  San Francisco CA 94105
   Telephone:    415-543-4111
6  Facsimile:    415-543-4384

   Attorneys for Defendant
7  FREMONT UNIFIED SCHOOL DISTRICT

8  RICHARD E.  WINNIE (SBN 68048)
   County Counsel
9  ANN HANSEN (SBN 122951)
   Deputy County Counsel
10 County of Alameda
   1221 Oak Street, Suite 450
11 Oakland, CA 94612-4226
   Telephone:    510-272-6700
12 Facsimile:    510-272-5020

13 REBECCA S. WIDEN (SBN 219207)
   Haapala, Thompson & Abern LLP
14 1929 Harrison Street, Suite 800
   Oakland, CA 94612
15 Telephone:    510-763-2324
   Facsimile:    510-273-8570

16
   Attorneys for Defendant
17 COUNTY OF ALAMEDA

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**STIP. AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**

1   Plaintiff C.H., a minor, by and through L.H., his Guardian Ad Litem ("Plaintiff") and

2   Defendants Fremont Unified School District ("District") and Alameda County Behavioral Health

3   Care Services ("County") (collectively "Parties") hereby stipulate and move as follows:

4   The Parties appeared before the Honorable Magistrate Bernard Zimmerman for an Early

5   Settlement Conference on October 21, 2008.

6   At the Early Settlement Conference, Plaintiff reached a settlement with the District

7   resolving all outstanding claims between Plaintiff and the District.  Plaintiff also reached a

8   separate settlement with the County resolving all outstanding claims between Plaintiff and the

9   County.

10   In addition, at the Early Settlement Conference, the County and the District reached an

11   agreement among themselves resolving all outstanding claims between them related to the instant

12   litigation. The foregoing agreements of settlement are referred to collectively as the "Settlement

13   Agreements.")

14   On October 28, 2008, the Parties filed a Stipulation Continuing the Motion for Summary

15   Judgment Hearing.  On October 29, 2008, this Court executed an order moving the Summary

16   Judgment Hearing to February 6, 2009, with the following briefing schedule:

17   • Cross-Motions for Summary Judgment are due on January 2, 2009.

18   • Oppositions are due on January 16, 2009.

19   • Replies are due on January 23, 2009.

20   On November 6, 2008, Plaintiff and the County executed a Settlement Agreement

21   ("County Agreement").  On December 9, 2008, Plaintiff and District executed a Settlement

22   Agreement ("District Agreement").  The District Agreement provides that the District's

23   Governing Board must approve specific terms of the District Agreement.

24   Due to the winter holidays, the District's Governing Board met only once in December

25   2008, on December 10, 2008, and the Parties were not able to present the District Agreement to

26   the Governing Board for approval at that time.

27   The District's Governing Board will next meet on January 14, 2009, and will consider the

28   District Agreement at that time.

STIP. AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING

1   In order to make a more efficient use of the Court's resources, once the District's
2   Governing Board has approved the specific terms of the District Agreement, the Plaintiff intends
3   to file a single Petition for Approval of a Minor's Compromise ("Minor's Compromise") with
4   this Court, requesting Court approval of the Settlement Agreements.  Because the Parties
5   anticipate that they will need at least one additional month for the District's Governing Board to
6   approve the District Agreement and to file the Minor's Compromise, the Parties have agreed that
7   the Minor's Compromise will be heard on March 20, 2009 with the following briefing schedule:

8        • Plaintiff's Petition will be filed no later than February 13, 2009.
9        • Defendants' Oppositions, if any, are due 14 days after the filing of the Plaintiff's
10         Petition, no later than February 27, 2009.

11  In addition, in order to allow sufficient time for the Minor's Compromise to be heard, the
12  Parties have agreed to extend the hearing date for their Cross-Motions for Summary Judgment to
13  May 29, 2009.  Furthermore, the Parties have agreed to the following briefing schedule:

14       • Cross-Motions for Summary Judgment are due on April 24, 2009.
15       • Oppositions are due on May 8, 2009.
16       • Replies are due on May 15, 2009.

17  If the Court approves the Minor's Compromise, the Parties will take all steps necessary to
18  dismiss the pending action, mooting the Parties' Cross-Motions for Summary Judgment and the
19  proposed briefing dates.

20  IT IS THEREFORE STIPULATED that
21  1). The Hearing Date for the Minor's Compromise be SCHEDULED for March 20, 2009,
22  with the briefing schedule outlined above; and
23  2). The Parties' Cross-Motions for Summary Judgment be CONTINUED to May 29,
24  2009, with the briefing schedule outlined above.

25
26
27
28

- 4 -

**STIP. AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**

1    DATED: December 30, 2008              MUNGER, TOLLES & OLSON LLP
                                          JOSEPH D. LEE
2                                         ROBYN K. BACON

3

4                                         By:____/s/  Robyn Kali Bacon_____
                                                   ROBYN KALI BACON
5
                                          Attorneys for Plaintiff
6
     DATED: December 30, 2008              MILLER BROWN & DANNIS
7                                            AMY LEVINE

8

9                                         By:____/s/  Damara Moore_____
                                                   DAMARA MOORE
10
                                          Attorneys for Defendant
11                                        FREMONT UNIFIED SCHOOL DISTRICT

12   DATED: December 30, 2008              HAAPALA, THOMPSON & ABERN LLP
                                          REBECCA WIDEN
13

14

15                                        By:____/s/  Rebecca Widen_____
                                                   REBECCA WIDEN
16
                                          Attorneys for Defendant
17                                        COUNTY OF ALAMEDA

18

19

20

21                                        IT IS SO ORDERED

22

23                                        Judge Samuel Conti

24

25

26

27

28

- 5 -

**STIP. AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**

1

## [PROPOSED] ORDER

2

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

6

7    DATED:                                 _____

8                                       United States District Judge Samuel Conti

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

I hereby certify that this document(s) filed through the ECF filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non-registered participants on December 30, 2008.

On December 30, 2008, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**

☒ By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| | | |
|---|---|---|
| 1 | Richard Edward Winnie | Attorneys for County of Alameda |
| 2 | Office of the County Counsel<br>1221 Oak Street, Suite 450<br>Oakland, CA  94612-4296 | |
| 3 | | |
| 4 | Telephone: (510) 272-6700<br>Fax: (510) 272-5020 | |

Executed on December 30, 2008, at Los Angeles, California.

_____
Carol Jette

5708547.1