JOSEPH D. LEE (SBN 110840)
Joseph.Lee@mto.com
ROBYN K. BACON (SBN 251048)
Robyn.Bacon@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Plaintiff
C.H., A MINOR

ROBERTA SAVAGE (SBN 202940)
roberta@robertasavagelaw.com
221 G Street, Suite 207
Sacramento CA 95650
Telephone:    530-753-4497
Facsimile:    530-753-4498

Attorneys for Plaintiff
C.H., A MINOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **C.H., by and through L.H., his Guardian Ad Litem,**<br><br>Plaintiff,<br><br>vs.<br><br>**FREMONT UNIFIED SCHOOL DISTRICT, and ALAMEDA COUNTY BEHAVIOR HEALTH CARE SERVICES,**<br><br>Defendants. | CASE NO.  08-CV-2531-SC<br><br>[PROPOSED] ORDER APPROVING SETTLEMENT AS A MINOR'S COMPROMISE OF A DISPUTED CLAIM |
| **FREMONT UNIFIED SCHOOL DISTRICT,**<br><br>Counterclaimant,<br><br>vs.<br><br>**C.H., by and through L.H., his Guardian Ad Litem,**<br><br>Counterdefendant. | DATE:  MARCH 20, 2009<br>TIME:  10:00 A.M.<br>JUDGE:  HONORABLE SAMUEL CONTI<br>CTRM:  1 |

7119720.1

- 1 -

1  On February 4, 2009, Plaintiff C.H., a minor, through his mother and guardian ad litem, L.H., filed a Petition for Order Approving Settlement as a Minor's Compromise of a Disputed Claim.  After reviewing the Petition and upon finding good cause has been shown,

IT IS HEREBY ORDERED THAT:

The compromise and settlement of the above-captioned action by and between the Plaintiff C.H., and Defendants Fremont Unified School District ("District") and Alameda County Behavioral Health Care Services ("County") (collectively, "Defendants"), on the terms and conditions described in the Petition, is approved as a minor's compromise of a disputed claim.

IT IS SO ORDERED.

DATED: __March 17__, 2009

_____
JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Samuel Conti*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

      I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

      I hereby certify that this document(s) filed through the ECF filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non-registered participants on February 18, 2009.

      On February 18, 2009, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**[PROPOSED] ORDER APPROVING SETTLEMENT AS A
MINOR'S COMPROMISE OF A DISPUTED CLAIM**

[X] By placing ☐ the original(s) [X] a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

[X] **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

PROOF OF SERVICE

| | |
|---|---|
| Richard Edward Winnie<br>Office of the County Counsel<br>1221 Oak Street, Suite 450<br>Oakland, CA  94612-4296 | Attorneys for County of Alameda |

Telephone: (510) 272-6700
Fax: (510) 272-5020

Executed on February 18, 2009, at Los Angeles, California.

_____
Carol Jette

5708547.1